**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re: Eugene Sampson                                         Case No.: 20-10873-EPK
SS#:    -0131                                                 Chapter 13

      Debtor(s).
_____/

**Motion to Pay Interest on Department of
the Treasury-Internal Revenue Service Priority Claim**

The Debtor, Eugene Sampson, by and through the undersigned attorneys, files this Motion to Pay Interest on Department of the Treasury-Internal Revenue Service Priority Claim and states:

1. The Department of the Treasury-Internal Revenue Service is owed a priority tax claim. Interest accrues on said amount over the Chapter 13 Plan period and that the accrued interest is non-dischargeable.

2. The accrual of said non-dischargeable interest severely hampers the Debtor's ability to effectually reorganize and jeopardizes his fresh start. Thus, the Debtors seek to pay the Department of the Treasury/IRS 5% interest on the priority claim amount through the Chapter 13 Plan.

3. In the event the Department of the Treasury/IRS amends its claim, the Debtor retains his right to either file a Motion to Amend the Order on this Motion or to change the amount accordingly or to object to said claim or amended claims.

4. The undersigned counsel requests attorneys fees/costs of $525.00 as a result of filing this Motion.

**WHEREFORE** the Debtor respectfully requests that this Court enter an Order: (1) allowing the Debtor to pay the Department of the Treasury/IRS 5% interest on the priority claim amount through any Chapter 13 Plan(including amended or modified Plans); (2) approving $525.00 in attorneys fees/costs; and (3) such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via electronic filing to **Robin R. Weiner**, Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355-9007; **A.U.S.T.**, 51 SW First Avenue, Room 1204, Miami, FL 33130, and to: Department of the Treasury-Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346; Department of the Treasury-Internal Revenue Service, 7850 SW 6th Court, M/S 5730, Plantation, FL 33324-2032; Department of the Treasury-Internal Revenue Service: 400 W. Bay Street, M/S 5720, Jacksonville, FL 32202; William Barr, Attorney General of the United States: 950 Pennsylvania Ave., NW, Room 4400, Washington, D.C. 20530; Hon. Benjamin Greenberg, United States Attorney, Southern District of Florida: 99 NE 4th Street, Miami, FL 33132; Special Assistant United States Attorney, Associate Area Counsel (SBSE) Fort Lauderdale, 1000 South Pine Island Road, Ste. 300, Plantation, FL 33324; Civil Process Clerk- Attorney General of the United States-Southern District of Florida, 99 NE 4th Street, Miami, FL 33132; and **all creditors** listed on attached Creditors Matrix via 1st Class U.S. Mail the 21st day of April, 2020.

/s/ Colin V. Lloyd
Law Firm of Hoskins, Turco, Lloyd & Lloyd
By: Colin V. Lloyd, Esquire
Florida Bar No.:0165182
302 South Second Street
Fort Pierce, FL 34950
(772) 464-4600
(772) 465-4747  fax

```
Label Matrix for local noticing         Amex                                    Amex/Bankruptcy
113C-9                                  Correspondence/Bankruptcy               Correspondence/Bankruptcy
Case 20-10873-EPK                       Po Box 981540                           Po Box 981540
Southern District of Florida            El Paso, TX 79998-1540                  El Paso, TX 79998-1540
West Palm Beach
Tue Apr 21 08:13:41 EDT 2020

Barclays Bank Delaware                  Capital One                             Capital One Bank (USA), N.A.
Attn: Correspondence                    Attn: Bankruptcy                        by American InfoSource as agent
Po Box 8801                             Po Box 30285                            PO Box 71083
Wilmington, DE 19899-8801               Salt Lake City, UT 84130-0285           Charlotte, NC  28272-1083


(p)JPMORGAN CHASE BANK  N A             Citibank, N.A.                          Citibank/Shell Oil
BANKRUPTCY MAIL INTAKE TEAM             5800 S Corporate Pl                     Attn: Bankruptcy
700 KANSAS LANE FLOOR 01                Sioux Falls, SD  57108-5027             Po Box 790034
MONROE LA 71203-4774                                                            St Louis, MO 63179-0034


Citibank/The Home Depot                 Comenitycb/dtlfirstfin                  Credit First National Association
Attn: Recovery/Centralized Bankruptcy   Attn: Bankruptcy Dept                   Attn: Bankruptcy
Po Box 790034                           Po Box 182125                           Po Box 81315
St Louis, MO 63179-0034                 Columbus, OH 43218-2125                 Cleveland, OH 44181-0315


Deptartment Store National Bank/Macy's  Dillards Card Services/Wells Fargo Bank Discover Bank
Attn: Bankruptcy                        Attn: Bankruptcy                        Discover Products Inc
9111 Duke Boulevard                     Po Box 10347                            PO Box 3025
Mason, OH 45040-8999                    Des Moines, IA 50306-0347               New Albany, OH  43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC      Doctors Business Bureau                 (p)FIFTH THIRD BANK
PO BOX 3025                             Attn: Bankruptcy                        MD# ROPS05 BANKRUPTCY DEPT
NEW ALBANY OH 43054-3025                202 North Federal Hwy                   1850 EAST PARIS SE
                                        Lake Worth, FL 33460-3438               GRAND RAPIDS MI 49546-6253


(p)FORD MOTOR CREDIT COMPANY            Home Credit                             Internal Revenue Service
P O BOX 62180                           Attn: Bankruptcy                        ATTN: Bankruptcy Department
COLORADO SPRINGS CO 80962-2180          Po Box 2394                             POB 7346
                                        Omaha, NE 68103-2394                    Philadelphia, PA 19101-7346


JPMorgan Chase Bank, N.A.               (p)JEFFERSON CAPITAL SYSTEMS LLC        Office of the US Trustee
s/b/m/t Chase Bank USA, N.A.            PO BOX 7999                             51 S.W. 1st Ave.
c/o National Bankruptcy Services, LLC   SAINT CLOUD MN 56302-7999               Suite 1204
P.O. Box 9013                                                                   Miami, FL 33130-1614
Addison, Texas 75001-9013


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    Quantum3 Group LLC as agent for         Regional Credit Services
PO BOX 41067                            CF Medical LLC                          Attn: Bankruptcy
NORFOLK VA 23541-1067                   PO Box 788                              1201 Jefferson St. Ste 150
                                        Kirkland, WA  98083-0788                Washington, MO 63090-4453


Space Coast Credit Union                Syncb/Care Credit                       Syncb/HSN
Attn: Bankruptcy                        Attn: Bankruptcy                        Attn: Bankruptcy
8045 North Wickham Road                 Po Box 965064                           Po Box 965060
Melbourne, FL 32940-7920                Orlando, FL 32896-5064                  Orlando, FL 32896-5060
```

| | | |
|---|---|---|
| Syncb/PPC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank / HH Gregg<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Discount Tire<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Target<br>Attn: Bankruptcy<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| (p)W S BADCOCK CORPORATION<br>POST OFFICE BOX 724<br>MULBERRY FL 33860-0724 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 |
| Colin V Lloyd<br>302 So 2 St<br>Ft. Pierce, FL 34950-1559 | Eugene Sampson Jr.<br>219 Stony Point Dr<br>Sebastian, FL 32958-6481 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 | Fifth Third Bank<br>Attn: Bankruptcy<br>35 Fountain Square Plaza<br>Cincinnati, OH 45263 |
| Ford Motor Credit<br>National Bankruptcy Service Center<br>Po Box 62180<br>Colorado Springs, CO 80962 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| US Bank/RMS CC<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201 | (d)Us Bank<br>Attn: Bankruptcy<br>Po Box 5229<br>cincinnati, OH 45201 | W.S. Badcock Corporation<br>Attn: Bankruptcy<br>Po Box 497<br>Mulberry, FL 33860 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)Uplift, Inc. | End of Label Matrix |
| | | Mailable recipients    44 |
| | | Bypassed recipients     2 |
| | | Total                  46 |